

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00119-CV

**IN THE INTEREST OF A CHILD,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-81
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Appellants are represented on appeal by Mr. Jaime Omar Garza. Mr. Garza has filed a motion requesting a copy of the sealed record in this appeal for use in preparing the appellants' brief. The clerk's record and reporter's record now having been filed, the motion is GRANTED.

The Clerk of this Court is hereby directed to unseal the record for the sole purpose of providing a copy to Mr. Garza. Mr. Garza is hereby ORDERED to not share the contents of the record with any person except to the extent necessary to prepare the appellants' brief.

The appellants' brief is due *thirty (30) days* from the date of this order.

If the appellees desire to access the appellate record at a later date, they must file a separate written request with this Court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court